IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA MEICHER,

    Plaintiff,

  v.

ASSET RECOVERY SPECIALISTS, INC.,
GREG STRANDLIE, and WELLS FARGO BANK
d/b/a WELLS FARGO DEALER SERVICES,

    Defendants.

Case No. 17-cv-888-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Asset Recovery Specialists, Inc., Greg Strandlie, and Wells Fargo Bank d/b/a Wells Fargo Dealer Services against plaintiff Melissa Meicher dismissing Meicher's federal claims with prejudice and dismissing Meicher's state law claims without prejudice.

    s/ K. Frederickson, Deputy Clerk            January 2, 2019
      Peter Oppeneer, Clerk of Court                   Date